## Commonwealth *v.* Hitchens, Appellant.

*School law—Cities of the third class—Controller—Constitutional law —Act of May* 23, 1874, *P. L.* 230.

The Act of May 23, 1874, P. L. 230, relating to cities of the third class is constitutional, and a city controller must perform all the duties relating to schools, which are imposed upon him by the act.

Argued Jan. 29, 1901. Appeal, No. 24, Oct. T., 1901, by defendant, from order of C. P. No. 1, Allegheny Co., Dec. T., 1900, No. 65, awarding mandamus in case of Commonwealth ex rel. City of McKeesport School District v. R. A. Hitchens. Before McCOLLUM, C. J., FELL, BROWN, MESTREZAT and POTTER, JJ. Affirmed.

Petition for mandamus.

From the record it appeared that the court below directed a peremptory mandamus to issue compelling the city controller of the city of McKeesport to take full control of the fiscal affairs of the school district covering the same territory as that covered by the city.

1901.] . Assignment of Errors—Opinion of the Court.

. *Error assigned* was the order of the court.

*W. A. Challener,* with him *I. S. Stentz,* for appellant.

*W. B. Rodgers,* with him *G. A. Johnston,* for appellee.

PER CURIAM, October 11, 1901 : ·

The city controller contends that the act of assembly of May 23, 1874, "in so far as it relates. to the organization, control, maintenance and conduct of the business of school districts is unconstitutional and void," and he therefore refuses to comply with any of the provisions of said act which relate to the management of the affairs of the school district. He appears, however, to have overlooked the decisions of this court in Sugar Notch Borough, 192 Pa. 349, in Commonwealth v. Gilligan, 195 Pa. 504, and Commonwealth v. Howell, 195 Pa. 519. Those decisions sustain the act of May 23, 1874, and require the controller to discharge the duties under said act which devolve on him.

Judgment affirmed.